UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  ) <br>    Plaintiff, )<br>  ) <br>    vs. )<br>  ) <br>  ) <br>  ) <br>S. DARIN KINION, )<br>  ) <br>    Defendant. )<br>_____ ) | NO.:  CR 16-0097 JSW<br><br>**ORDER** AS MODIFIED HEREIN |

The Court hereby ORDERS that the Sentencing Hearing scheduled for September 20, 2016 be vacated and rescheduled for October 25, 2016, at 1:00 p.m.  Based on the representations in the parties' stipulation, the Court shall presume that the Probation Officer is available on October 25, 2016.  In the future, when the parties seek to continue a sentencing hearing, the parties must affirmatively state the Probation Officer is aware of and is available on the requested date.

DATED:  August 10, 2016

_____
Hon. JEFFREY S. WHITE
United States District Judge

cc: USPO Jessica Goldsberry (by email)

- 3 -