# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>S. DARIN KINION,<br>Defendant. | Case No. 16-cr-00097-JSW-1<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 59, 60 |

On September 11, 2017, the Court issued an Order scheduling a hearing on Defendant's objection to the Garnishee's Answer. In that Order, the Court directed Defendant to serve a copy of the Order on the Garnishee and to file of such service by no later than September 15, 2017. Defendant, through counsel, did not comply with that deadline. Instead, on September 18, 2017, Defendant, through counsel, filed a proof of service stating that counsel served a copy of the Order on September 18, 2017.

Counsel for Defendant is HEREBY ORDERED to show cause why the Court should not impose monetary sanctions in the amount of $150.00 for failure to comply with the Court's deadline. Counsel's response to this Order to Show Cause shall be due by September 29, 2017.

**IT IS SO ORDERED.**

Dated: September 20, 2017

_____
JEFFREY S. WHITE
United States District Judge